

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| | § | No. 08-15-00175-CV |
| IN RE: MVT SERVICES, L.L.C., | § | |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

**O P I N I O N**

Relator, MVT Services, L.L.C., has filed a petition for writ of mandamus against the Honorable Francisco X. Dominguez, Judge of the 205th District Court of El Paso County, Texas, challenging an order denying Relator's motion for continuance and Respondent's purported refusal to rule on a plea to the jurisdiction. Relator has also filed a motion requesting a stay of the trial set for June 8, 2015. We deny the relief sought in the emergency motion and the mandamus petition.

To be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate that there is no adequate remedy by appeal. *Id*. at 136. Based on the record before us, we conclude that Relator has failed to establish it is entitled to mandamus relief. Accordingly, we deny Relator's emergency motion for stay and the petition for writ of mandamus.

June 5, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
(Hughes, J., not participating)